Appellant's *second* motion to extend time to file supplement to the petition for grant of review granted, *up to and including July 21, 2011,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

Friday, July 08, 2011

No. 11–0591/AF. U.S. v. Victoria V. Grant. CCA 37631. On consideration of the motions filed by Major Phillip T. Korman, USAF, to withdraw from representation as appellate defense counsel in the above cases, it appears that the Judge Advocate General of the Air Force has assigned other counsel to represent the appellants and that new counsel have assumed representation of the appellants. Accordingly, said motions are hereby granted.

No. 11–0595/NA. U.S. v. William C. Fairley. CCA 200900574. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 27, 2011.

Monday, July 11, 2011